■ BABETTE MANN, Respondent, v JOHN MANN, Appellant.—Appeal from an order of the Family Court, Putnam County, entered December 21, 1977, which, *inter alia,* (1) dismissed the cross petitions of the appellant and (2) continued child support payments of $50 per week plus $5 per week toward the arrears in child support. Order affirmed, without costs or disbursements. This affirmance does not vitiate appellant's right to visitation, as provided for in the judgment. Damiani, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.